*J. P. Knight* and *Dan R. Bruce,* for plaintiff in error.

---

Reid *v.* Webb, trustee.

Gilbert, J. Even if the charges complained of were not entirely clear and accurate in the statements of law therein contained, they were not, in view of the evidence, prejudicial to the defendant. The evidence warranted the verdict, and no sufficient cause for reversing the judgment overruling the motion for a new trial has been shown.

*Judgment affirmed. All the Justices concur, except Fish, C. J., and Beck, P. J., absent.*

No. 74. October 20, 1917.

Equitable petition. Before Judge Patterson. Forsyth superior court. December 28, 1916.

*J. P. Brooke* and *J. V. Pool,* for plaintiff in error.

*C. L. Harris, G. F. Gober,* and *W. I. Heyward,* contra.